# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| JONATHAN SCHACHT<br>*Plaintiff,* | § § § § | |
| VS. | § § § | **CIVIL ACTION NO.: 9:25–CV–80862-AMC** |
| CENTURY ARMS, INC.<br>*Defendant.* | § § § § | |

## STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT CENTURY ARMS, INC.

COMES NOW, Plaintiff, Jonathan Schacht in the above-entitled and numbered cause, and files this Stipulation for Voluntary Dismissal Without Prejudice of Plaintiff's claims asserted against Defendant Century Arms, Inc.

Plaintiff hereby notifies the Court and all parties that he no longer wishes to pursue his claims asserted against Defendant Century Arms, Inc. and hereby voluntarily dismisses same without prejudice.

Respectfully submitted,

**WILLIAMS HART BOUNDAS, LLP**

By: */s/ Alejandro Salicrup*
Cesar Tavares
Texas Bar No. 24093726
Alma Reyes
Texas Bar No. 24064392
Michael Samaniego
Texas Bar No. 24115715
Alejandro Salicrup
Texas Bar No. 24138723
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
(713) 230-2200 - telephone
(713) 643-6226 – facsimile
tavareslitteam@whlaw.com – Service Email

**HAAS LAW, PLLC**

1

By:    *s/ David L. Haas*
        **DAVID L. HAAS**
        Florida Bar Number: 0494674
        201 South Orange Avenue
        Suite 1017
        Orlando, Florida 32801
        Telephone: (407) 755-7675
        Facsimile: (321) 766-6027
        David@HaasLawPLLC.com
        *Appearing as Local Counsel*

**ATTORNEYS FOR PLAINTIFFS**


**PISCIOTTI LALLIS ERDREICH**

*/s/ Ryan L. Erdreich (with permission)*
Ryan L. Erdreich, Esq.
Florida Bar No.: 65712
2054 Vista Parkway, Suite 400
West Palm Beach, FL 33411
(973) 245-8100
(973) 245-8101 Fax
rerdreich@pisciotti.com
**ATTORNEY FOR DEFENDANT
CENTURY ARMS, INC.**


## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on October 30, 2025.


By: */s/ David Haas*
    David Haas
    Haas Law, PLLC